Decision Per Curiam.

---

Thomas Palmer as Receiver of the Bank of Tarpon Springs, Plaintiff in Error, vs. James M. Vinson and L. Dent Vinson, Defendants in Error.

## DIVISION A.

Writ of error to Circuit Court, Hillsborough county; Evelyn C. Maxwell, Judge.

*C. W. Stevens,* for Plaintiff in Error.

*P. O. Knight* and *C. C. Whitaker,* for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.